
RECEIVED
IN MONROE, LA
JUN 1 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| DEMPSEY E. CLOMAN AKA DEMPSY CLOMAN | CIVIL ACTION NO. 06-0289 |
| VS. | SECTION P |
| WARDEN HARVEY GRIMMER, ET AL | JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 15 day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE